UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

PATRICK B. LIBATA SAMBA )
)
)
_____ )  CIVIL ACTION
(Name of the plaintiff or plaintiffs) )
)
v. )  NO. 22-2211
)
KRAFT HEINZ FOODS COMPANY )
)
)
_____ )
(Name of the defendant or defendants) )

FILED
OCT 04 2022
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

**COMPLAINT OF EMPLOYMENT DISCRIMINATION**

1. Plaintiff ☐ DOES ☒ DOES NOT demand a jury trial.

**I. PARTIES**

2. The plaintiff is PATRICK B. LIBATA SAMBA,
whose street address is 808 SWITCHGRASS LN,
(city) CHAMPAIGN (state) IL (ZIP) 61822
(Plaintiff's telephone number) (217)-778-3693

3. The defendant is KRAFT HEINZ FOODS COMPANY, whose
street address is 1701 W. BRADLEY AVE.,
(city) CHAMPAIGN (state) IL (ZIP) 61821
(Defendant's telephone number) (217)-378-1900

4. The alleged discrimination occurred at 1701 W. BRADLEY AVE.
(city) CHAMPAIGN (state) IL (ZIP) 61821

5. The plaintiff [*check one box*]

    (a) ☐ was denied employment by the defendant.

    (b) ☐ was hired and is still employed by the defendant.

    (c) ☒ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) _12_, (day) _07_, (year) _2021_.

## II. JURISDICTION

7. Jurisdiction over this claim is based on 28 U.S.C. § 1331. Plaintiff alleges that the defendant(s) discriminated against Plaintiff because of Plaintiff's:

    ☐ Age (The Age Discrimination in Employment Act, 29 U.S.C. § 621)

    ☐ Color (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

    ☐ Disability (The Americans with Disabilities Act, 42 U.S.C. § 12101 and/or The Rehabilitation Act, 29 U.S.C. § 701)

    ☐ National Origin (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

    ☐ Race (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

    ☐ Race (42 U.S.C. § 1981)

    ☐ Religion (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

    ☐ Sex/Gender (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

    ☐ Sex/Gender (Equal Pay Act, 29 U.S.C. § 206)

    ☐ Use of Leave (Family and Medical Leave Act, 29 U.S.C. § 2611)

    ☒ Other (list): _RETALIATION_

8. Plaintiff ☒ HAS ☐ HAS NOT filed a charge before the United States Equal Employment Opportunity Commission (EEOC) relating to this claim of employment discrimination. **[Attach a copy of charge to this complaint.]**

9. Plaintiff ☐ HAS ☒ HAS NOT filed a charge before the Illinois Department of Human Rights (IDHR) relating to this claim of employment discrimination. **[Attach a copy of charge to this complaint.]**

10. Plaintiff ☒ HAS ☐ HAS NOT received a Right to Sue Notice. If yes, Plaintiff's Right to Sue Notice was received on or about (date) __07/12/2022__.

[Attach copy of Notice of Right to Sue to this complaint.]

### III. FACTS IN SUPPORT OF CLAIM

11. The defendant intentionally discriminated against Plaintiff [*check only those that apply*]:

    (a) ☐ by failing to hire the plaintiff.

    (b) ☐ by terminating the plaintiff's employment.

    (c) ☐ by failing to promote the plaintiff.

    (d) ☐ by failing to stop harassment;

    (e) ☐ by failing to reasonably accommodate the plaintiff's disabilities.

    (f) ☐ by failing to reasonably accommodate the plaintiff's religion.

    (g) ☒ by retaliating against the plaintiff because the plaintiff did something to assert rights protected by the laws;

    (h) ☐ by coercing, intimidating, threatening or interfering with the plaintiff's exercise or enjoyment of rights;

    (i) ☐ with respect to the compensation, terms, conditions, or privileges of employment;

    (j) ☒ other (specify): __by retaliating against the Plaintiff through the discriminatory termination of his wife's employment.__

3

12. State here briefly and as clearly as possible the essential facts of your claim. Describe precisely how each defendant in this action is involved. Give dates and places. Concentrate on describing as clearly and simply as possible what employment action or situation you allege to have been illegal and how it violated your rights. It is not necessary to make legal arguments or cite any cases or statutes.

_See Pages 6_

13. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

(a) ☐ Direct the defendant to hire the plaintiff.

(b) ☐ Direct the defendant to re-employ the plaintiff.

(c) ☐ Direct the defendant to promote the plaintiff.

(d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☐ Direct the defendant to (specify): _Recompense the Plaintiff_

4

_____
_____
_____
_____
_____
_____

(g) ☒  If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☒  Grant such other relief as the Court may find appropriate.

_____*signature*_____
(Plaintiff's signature)

PATRICK B. LIBATA SAMBA
(Plaintiff's name)

_____

808 SWITCHGRASS LN
(Plaintiff's street address)

(City) CHAMPAIGN  (State) IL  (ZIP) 61822

(Plaintiff's telephone number) (217) – 778 – 3693

Date: 10/03/2022

5

About May 2020, I initiated a lawsuit against my former employer Kraft Heinz Foods Company (Kraft Heinz or Kraft) for retaliation under Title VII of the Civil Act Rights of 1964. My wife Isabelle Libata Nseya (whose maiden name was Isabelle Katabayi Nseya) was hired by the Defendant five (5) years before my lawsuit, and she remained employed until December 15th, 2021. On December 6th, 2021, by phone, and on December 7th, 2021, by email, my family was contacted by the Champaign Urbana Public Health District (CUPHD) with recommendation to quarantine for 10 days because of exposure to Covid-19. On December 7th, 2021, morning, Mrs. Libata Nseya noticed her employer, in person, about the public authorities' decision, and she were authorized to leave the facility.

On December 15th, 2021, after the quarantine period, Kraft Heinz informed her about the termination of her employment for excessive absenteeism as she reached the maximum of 10 frequencies. The 10th frequency being that one obtained when she left the facility early on December 7th, 2021, morning.

By terminating my wife's employment for reason not under her control, Kraft Heinz has discriminated and retaliated her because of my legal action against him. The discrimination of Mrs. Libata Nseya constituted a way to retaliate me as well for my complaint. Through my wife, Kraft Heinz has attempted to reach and retaliate me.

Submitted this October 03, 2022.

Patrick Bertrand Libata Samba

/s/ *[signature]*

*Pro se Litigant*